```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
KENNETH SMITH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>KENNETH SMITH,<br><br>            Defendant.<br>_____ | No. CR-S-08-478-KJM<br><br>STIPULATION AND ORDER TO VACATE<br>JURY TRIAL AND TO SET HEARING ON<br>MOTION TO SUPPRESS EVIDENCE AND<br>BRIEFING SCHEDULE<br><br>Judge:  Hon. Kimberly J. Mueller<br>Date:   December 4, 2008<br>Time:   10:00 a.m. |

   The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, KENNETH SMITH, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the trial confirmation hearing set for December 4, 2008, at 10:00 a.m., and the jury trial set for December 15, 2008, at 10:00 a.m., and set this case for hearing on defendant's motion to suppress evidence on January 29, 2009, at 10:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through January 29, 2009,

STIPULATION AND ORDER                    1                          08-478-KJM

for defense preparation. 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

The parties stipulate to the following briefing schedule:

Defendant's Motion due . . . . . . . . . . . . . . . December 31, 2008

Government's Response due . . . . . . . . . . . . January 15, 2009

Defendant's Reply due . . . . . . . . . . . . . . . January 22, 2009

Motion Hearing . . . . . . . . . . . January 29, 2009, at 10:00 a.m.

The parties agree that the Court may set the jury trial following the motion hearing.

Dated: November 25, 2008                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Staff Attorney/Misdemeanor Unit

Dated: November 24, 2008                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ S. Robert Tice-Raskin
                                        _____
                                        S. ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: December 1, 2008.

_____
U.S. MAGISTRATE JUDGE