```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   KENNETH SMITH
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-08-478-KJM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO RESCHEDULE HEARING ON MOTION TO |
| v. | ) ) | SUPPRESS EVIDENCE AND BRIEFING SCHEDULE |
| KENNETH SMITH, | ) ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | Date:  February 12, 2009 |
| _____ | ) | Time:  10:00 a.m. |

    The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, KENNETH SMITH, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to reschedule the hearing on defendant's motion to suppress evidence from January 29, 22009 to February 12, 2009, at 10:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 12, 2009, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

STIPULATION AND ORDER          1          08-478-KJM

The parties stipulate to the following briefing schedule:

Defendant's Motion due . . . . . . . . . . . . . . . January 13, 2008

Government's Response due . . . . . . . . . . . . January 27, 2009

Defendant's Reply due . . . . . . . . . . . . . . February 2, 2009

Motion Hearing . . . . . . . . . .   February 12, 2009, at 10:00 a.m.

The parties agree that the Court may set the jury trial following the motion hearing.

Dated: December 29, 2008          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Staff Attorney/Misdemeanor Unit

Dated: December 29, 2008          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 8, 2009.

                                          _____
                                          U.S. MAGISTRATE JUDGE